NOTE: CHANGES MADE BY THE COURT

JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WALTER AGUIRRE, et al. | **CASE NO: 5:15-CV-1939 JFW (DTBx)** |
| Plaintiffs | **ORDER DISMISSING CASE** |
| vs. | |
| TITAN SOLAR, INC., et al. | |
| Defendants | |

The parties to this action have entered into a Settlement Agreement and Mutual Release in satisfaction of all individual claims in the complaint. Pursuant to the stipulation of the parties, the case is hereby DISMISSED.  The Court maintains jurisdiction to enforce the terms of the Settlement Agreement until September 1, 2016.

IT IS SO ORDERED.

DATED:   April 19, 2016

Hon. John F. Walter
United States District Judge

- 1 -